# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOE ANTHONY GOMEZ FELIX,<br><br>Defendant. | CASE NO. 1:13-CR-00085-(2)-LJO-BAM<br><br>ORDER REFERRING TO FEDERAL DEFENDER'S OFFICE AND SETTING INITIAL BRIEFING SCHEDULE<br><br>(ECF No. 200) |
|---|---|

On July 21, 2016, Petitioner Joe Anthony Felix filed a *pro se* "Motion to Vacate Set Aside or Correct Sentence Under: 28 USC § 2255" (ECF No. 200), pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), in which he asserts that *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016), may impact the length of his sentence. To efficiently process petitions under *Johnson* and *Welch*, and following Eastern District of California General Order 563, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Petitioner in this matter pursuant to the provisions of the Criminal Justice Act, Title 18 U.S.C. § 3006A(a)(1) and (c). Accordingly,

**IT IS HEREBY ORDERED** that the FDO shall have until **September 19, 2016** to file a supplement to Petitioner's *pro se* Section 2255 Motion **or** notify the Court that it does not intend to file such a supplement. Upon the FDO's filing, the Court will determine whether it is appropriate to issue an order setting a briefing schedule. The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), to the service list** prior to docketing of this Order.

IT IS SO ORDERED.

Dated: **August 15, 2016**         /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE