MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOE ANTHONY GOMEZ FELIX,<br><br>Defendant. | CASE NO. 1:13-CR-00085-JLT<br><br>**ORDER DENYING REQUEST TO SEAL DOCUMENTS** |

The government seeks to attach the presentence report filed in this case to its opposition to the defendant's motion to terimate his supervised release early.  However, the PSR is already filed on the docket and it is filed under seal (Doc.182). Thus, there is no need for the government either to file the PSR or for the Court to again seal it. Thus, as necessary, the Court will refer to the already docketed copy of the PSR. For these reasons, the request is **DENIED**.

Dated: March 27, 2025

JENNIFER L. THURSTON
U.S. DISTRICT JUDGE